1

2

3

4 **IN THE UNITED STATES DISTRICT COURT**

5 **FOR THE DISTRICT OF ARIZONA**

6 **Juan Deshannon Butler,** )
                                )   **CV-12-801-TUC-DCB**
7      **Petitioner,** )
                                )   **ORDER**
8 **vs.** )
                                )
9 **Becky Clay,** )
                                )
10     **Respondent.** )
                                )
11 _____ )

12        Magistrate Judge Rateau issued her Report and Recommendation on November 19,

13 2014, recommending that the District Court deny the Petitioner's Amended Petition for Writ

14 of Habeas Corpus and dismiss the action with prejudice.   A copy was sent to all parties,

15 notifying all parties that written objections must be filed within fourteen days of service.  28

16 U.S.C. §636(b).  No objections to the Magistrate Judge's Report and Recommendation have

17 been filed. Consequently, any objections that have not been raised are waived and will not

18 be addressed by the Court.

19        The Court, having made an independent review of the record, orders as follows:

20        IT IS ORDERED that Magistrate Judge Rateau's Report and Recommendation (Doc.

21 21) is  ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of

22 law.

23        IT IS FURTHER ORDERED that the Amended Petition for Writ of Habeas Corpus

24 (Doc. 6) is DENIED  and this action is dismissed with prejudice. A Final Judgment shall

25 enter separately.

26        DATED this 2nd day of February, 2015.

27

28
                                             _____
                                             David C. Bury
                                             United States District Judge